**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DANIEL HUMAN, *individually and on behalf of others similarly situated*,     Plaintiff(s), <br><br> v. <br><br> SELECTQUOTE, INC., *et al.,*     Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 4:23CV00826 SEP<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT

On July 19, 2023, Clerk's Entry of Default was entered against Defendant Allied Financial Services, LLC, d/b/a Allied Insured Partners [ECF No. 17].  Motion for Default Judgment [ECF No. 20] was filed by Plaintiff on July 27, 2023.  Plaintiff's motion shall be granted and the Clerk of Court shall enter default judgment for a sum certain.

Accordingly,

**IT IS HEREBY ORDERED** that default judgment is entered in favor of Plaintiff and against Defendant Allied Financial Services, LLC, d/b/a Allied Insured Partners in the sum of $149,500.00.  Post-judgment interest shall continue at the legal rate as provided by law until paid in full.

Dated this 11th day of August, 2023.

_____
Lori Miller Young
Chief Deputy Clerk