**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI (ST. LOUIS)**

DANIEL HUMAN, *individually and on behalf of all others similarly situated,*

Plaintiff, Case Number: 4:23-cv-00826-SEP

-against-

SELECTQUOTE, INC., et al.,

Defendants.
_______________________________________________/

**DEFENDANTS SELECTQUOTE, INC.'S AND INSIDERESPONSE, LLC'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SECOND MOTION TO STRIKE OUT OF TIME BY 1 DAY**

Defendants, SelectQuote, Inc. ("SelectQuote") and InsideResponse, LLC ("InsideResponse") (collectively "Defendants"), through counsel and under the Federal Rules of Civil Procedure, respectfully move for leave for a 1-day extension to file a response to plaintiff's second Motion to Strike (ECF 45) defendants' Reply in support of their Motion to Dismiss, which the Court has not yet decided. Specifically, due to a clerical error, defendants filed their Reply to their Motion to Dismiss on September 20, 2023, eight days after the 10-day deadline to file a reply as provided by the local rules. The Court has not yet decided the Motion to Dismiss and may properly consider defendants' Rely.

On September 25, 2023, plaintiff filed a Motion to Strike the defendants' Reply to their Motino to Dismiss, arguing that the court should strike the Reply because it was filed out of time.

On October 10, 2023, plaintiff filed a "Motion for Judgment on the Pleadings,"

arguing that the court should grant "judgment on the pleadings" on his Second Motion to Strike.

Defendants respectfully request the Court permit them to file the attached response to the second Motion to Strike, ECF 45, 1 day out of time, and further to allow their Reply in support of the Motion to Dismiss, filed 8 days out of time, as (1) the Court has not decided the Motion to Dismiss and therefore can properly consider it with no prejudice to the plaintiff, and (2) plaintiff's Motion for Judgment on the Pleadings is the *seventh vexatious*, unnecessary, and procedurally improper motion plaintiff has filed in a mere two months, all of which lack merit and can have no purpose other than to unreasonably multiply the proceedings and waste the Court's time and defendants' resources.

WHEREFORE, defendants, SelectQuote, Inc. and InsideResponse, LLC, respectfully move the Court to allow a 1-day extension for defendants to respond to plaintiff's second meritless and vexatious Motion to Strike, allow their Reply in support of their Motion to Dismiss, and grant any other relief the Court deems appropriate.

Dated: October 10, 2023

Respectfully submitted,

/s/ *Kirsten Smith*

Kirsten Smith (pro hac vice)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Phone: 504-846-7943
Email: ksmith@sessions.legal
-and-
Michael S. Hamlin, Esq.
Nichols Lang & Hamlin, LLC
1795 Clarkson Road, Suite 230
Chesterfield, MO 63017
Main: (314) 429-1515

Direct: (314) 428-9603
Fax: (314) 428-9592
Email: mike@nlh-law.com
Attorneys for Defendants
SelectQuote, Inc. and
InsideResponse, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023 a copy of the foregoing filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Edwin V. Butler, Esq.
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
*Attorneys for Plaintiff*

By: /s/ *Kirsten Smith*
Attorney for Defendants
SelectQuote, Inc. and
InsideResponse, LLC